No. 4213.—LAWTON, aplte., *v.* RODRÍGUEZ, apldo.— ■ Julio 26, 1928. C. D. San Juan. A la moción del apelante para que se remita a la corte de distrito el mandato de la sentencia que se dictara el 23 de abril último, vista la oposición del apelado y habiendo en consideración lo resuelto el 31 de mayo último y lo decidido en el día de hoy, *no ha lugar*.